UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COREY WICKRAMASEKERA | CIVIL ACTION |
| VERSUS | NO. 25-45 |
| WALMART INC. ET AL. | SECTION "R" (1) |

### ORDER AND REASONS

Before the Court is plaintiff's motion to continue trial and related deadlines.[1] Plaintiff contends that a continuance is necessary because he is continually receiving medical treatment for the injuries the incident underlying his claims allegedly caused.

Rule 16(b) of the Federal Rules of Civil Procedure provides that "[a] scheduling order may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The "good cause standard requires the party seeking relief to show that the deadlines cannot reasonably be met despite the diligence of the party needing the extension." *S&W Enter., L.L.C. v. SouthTrust Bank of Ala., NA*, 315 F.3d 533, 535 (5th Cir. 2003) (internal citations omitted). Whether to grant or deny a continuance is within the sound discretion of the trial court. *United States v. Alix*, 86 F.3d 429, 434 (5th Cir. 1996).

---

[1]   R. Doc. 22.

The Court finds that plaintiff has shown good cause to continue the trial and unexpired associated deadlines. Accordingly, the Court continues the trial and associated unexpired deadlines to be reset at a scheduling conference held BY TELEPHONE on **MARCH 17, 2026, at 10:30 a.m.** The parties shall call in for the teleconference using phone number (833) 990-9400, Access Code: 124518418. The Court will be represented by its Case Manager at the scheduling conference. All deadlines that have already expired are not reset.

New Orleans, Louisiana, this 10th day of February, 2026.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE